HIGH HORIZONS DEVELOPMENT COMPANY v. NEW JERSEY
DEPARTMENT OF TRANSPORTATION.

June 27, 1989.

Petition for certification granted. (See 231 *N.J.Super.* 399)

IN THE MATTER OF THE APPLICATION OF HORIZON AIR,
INC., FOR A CASINO SERVICE INDUSTRY LICENSE.

June 27, 1989.

Petition for certification denied.

JOAN MARIE NIKIPER, ET AL. v. MOTOR CLUB OF AMERICA
COS., ET AL.

June 27, 1989.

Petition for certification denied. (See 232 *N.J.Super.* 393)

STATE OF NEW JERSEY v. MIGUEL DIAZ.

June 27, 1989.

Petition for certification denied.